Case 2:07-mj-00001-FJL   Document 3   Entered on FLSD Docket 01/12/2007   Page 1 of 4

AO 91 (Rev. 5/85) Criminal Complaint         AUSA Robert H. Waters Jr.

# United States District Court

### SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

**JEROME WAYNE HUTCHINSON**
a/k/a Jerome Hutchins
a/k/a "Sham"
(Black Male, DOB: 01-15-1985)
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 07-01-FJL

FILED by _____ D.C.
JAN 1 0 2007
CLARENCE MADDOX
CLERK U.S DIST. CT.
S.D. OF FLA. - FT. PIERCE

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>October 30, 2006</u>, in <u>Martin</u> County, in the <u>Southern</u> District of <u>Florida</u>, the defendant,

did possess with intent to distribute a narcotic controlled substance, that is, five (5) grams or of a mixture and substance containing a detectable amount of cocaine base (commonly referred to as crack cocaine)

in violation of Title <u>21</u> United States Code, Section <u>841(a)(1)</u>.

I further state that I am a <u>Special Agent, Drug Enforcement Administration</u> and that this complaint is based on the following facts:

**PLEASE SEE ATTACHED AFFIDAVIT.**

Continued on the attached and made a part hereof:   __X__ YES ____ NO

_____
Signature of Complainant
NICHOLAS K. KENT
Special Agent
Drug Enforcement Administration

Sworn to before me, and subscribed in my presence,

January 10, 2007                    at    Fort Pierce, Florida
Date                                       City and State

FRANK J. LYNCH, Jr.
UNITED STATES MAGISTRATE JUDGE                _____
Name and Title of Judicial Officer             Signature of Judicial Officer

## AFFIDAVIT
## OF
## NICHOLAS K. KENT
## SPECIAL AGENT
## U.S. DRUG ENFORCEMENT ADMINISTRATION

I, Nicholas K. Kent, being duly sworn, state and depose that:

I am Special Agent with the United States Drug Enforcement Administration (DEA). I have been so employed since January 1992. Prior to my employment with DEA, I served as a police officer for 12½ years with the Stuart, Florida, Police Department. I spent the majority of that time in the department's Street Level Narcotics and Special Enforcement Unit. Prior to my employment with the Stuart Police Department, I served as a deputy sheriff with the Portage County, Ohio, Sheriff's Office for one year, and as a part-time police officer with the Garrettsville, Ohio, Police Department for 2½ years. During my various employments, I have effected over 2000 narcotics arrests, and have attended approximately 3500 hours of basic and advanced law enforcement courses, many of which involved narcotics enforcement and investigations.

1. On October 30, 2006, agents from the Stuart, Florida Police Department executed a state search warrant at the home of John PRESTON, Jacobra HALL, and Johnny Frank HUNTER, 938 Bayou Avenue, Stuart, Florida.

2.   During the search, agents located 48 grams of a substance that field-tested positive for crack cocaine, 117 grams of powder which field-tested positive for the presence of cocaine, 98 tablets that tested positive as MDMA (Ecstacy) and drug paraphernalia associated with the manufacturing of crack cocaine. There were two cellular telephones found sitting with the drugs when they were discovered.

3.   Initially, all three subjects were detained and DEA was notified. During post-arrest interviews, PRESTON and HALL identified Jerome HUTCHINSON as the owner of the drugs and admitted that they allowed him to manufacture and store the drugs in their residence. PRESTON was arrested and charged with state offenses of PWID cocaine, crack and MDMA, along with maintaining a residence to traffic drugs.

4.   Subsequently, the packaging for the drugs was submitted to the Police Department's crime scene specialist, who developed several latent prints for comparison. These latent print cards were then submitted to a fingerprint expert with the Martin County Sheriff's Office (MCSO), who compared the latent print cards to fingerprint cards already on file with the MCSO. The fingerprint expert positively identified fingerprints found on the packaging as matching the fingerprint cards on file with MCSO as belonging to HUTCHINSON.

5.  Additionally, I issued an Administrative Subpoena to Metro-PCS for subscriber information related to the referenced cellular telephones found near the drugs. According to company records, one of the two telephones is owned by/subscribed to HUTCHINSON. The remaining phone was registered to a third party.

Further, your affiant sayeth naught.

*[signature]*
Nicholas K. Kent
Special Agent
Drug Enforcement Administration

Sworn and subscribed before me this 1st day of January 2007.

*[signature]*
Frank J. Lynch, Jr.
United State Magistrate Judge